1076

No. 73–471. Reid et al. v. International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, UAW, Local Union 1093. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–484. Boyle v. United States. C. A. D. C. Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–496. Unarco Industries, Inc. v. Swanson et al. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–506. Diamond Cab Company of San Diego County, Inc. v. Superior Court of California, County of San Diego, et al. Ct. App. Cal., 4th App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5205. Smith v. Pennsylvania. Sup. Ct. Pa. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5331. King v. United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5372. Nunez v. United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5400. Sheridan v. United States. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.